UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**YVONNE GABEL**, individually,
and on behalf of others similarly situated,          Case No. 5:20-cv-01420-JKP

          Plaintiff,

vs.

**CARENET – INFOMEDIA GROUP, INC.**,
**d/b/a CARENET HEALTHCARE**
**SERVICES**

          Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

In the present motion, Plaintiff seeks relief from the page limit imposed by Local Rule 7(c)(2), which limits motions to twenty pages. Specifically, Plaintiff seeks leave to file her twenty-six page Motion and Memorandum for Preliminary Approval of Class and Collective Action Settlement (the "Motion"). Pursuant to Local Rule 7(b), Plaintiff has attached a copy of the Motion as *Exhibit 1*. In the Motion, Plaintiff addresses the procedural history that led to the settlement, the relevant laws implicated by the release in the settlement, the appropriateness of class and collective treatment, and the reasonableness of Class Counsel's fees, litigation expenses, settlement administration costs, and incentive awards.

Pursuant to Local Rule 7(f), Plaintiff has attached a proposed order hereto as *Exhibit 2*. Defendant does not oppose the relief sought herein.

As the Court knows, "a district court has inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.,* 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936). "The

federal courts are vested with inherent power 'to manage their own affairs so as to achieve the orderly and expeditious disposition of cases[,]' ... includ[ing] the power of the court to control its docket[.]" *Woodson v. Surgitek, Inc.,* 57 F.3d 1406, 1417 (5th Cir.1995). *See also*, *United States v. Colomb*, 419 F.3d 292, 299 (5th Cir. 2005) (same).

Wherefore, the Plaintiff respectfully requests leave to file the Motion, which offers a twenty-six (26) page memorandum in support of and order granting preliminary approval.

Dated:  September 8, 2021

/s Charles R. Ash, IV
Charles R. Ash, IV (*pro hac vice*)
Kevin J. Stoops (*pro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
crash@sommerspc.com
kstoops@sommerspc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, thereby serving all counsel of record.

/s Charles R. Ash, IV
Charles R. Ash, IV (*pro hac vice*)
Kevin J. Stoops (*pro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
crash@sommerspc.com
kstoops@sommerspc.com