UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**YVONNE GABEL, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(B); ANNABELLE MARA-VILLA, JEAN L. VAN THIEL, LINDA SCHAAF, KARLA LAKE,**

*Plaintiffs*,

v.

**CARENET - INFOMEDIA GROUP, INC.,**

*Defendant*.

Case No.  SA-20-CV-01420-JKP

# O R D E R

Before the Court is Plaintiffs' Unopposed Motion for Approval of Class Counsel's Fees and Costs and Class Representative Service Awards. *ECF No. 38*. Upon consideration of the Motion and parties' counsels representations in the Court hearing held February 22, 2022, the Court **GRANTS** the unopposed motion.

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Approval of Class Counsel's Fees and Costs and Class Representative Service Awards is GRANTED, as follows:

- Class Counsel's attorney fees request of $206,166.66 (an amount equal to 33 1/3% of the gross settlement fund) are approved;
- Class Counsel's litigation expenses (up to $14,000.00) are approved;
- Settlement administration expenses of $15,000.00 are approved; and
- Class Representative Service Awards for Plaintiff Yvonne Gabel and (initial) Opt- in Plaintiffs Karla Lake, Annabella Maravilla, Linda Schaaf and Jean Van Thiel of
$4,000 each (total $20,000.00) are approved.

It is so ORDERED.
SIGNED this 22nd day of February, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE